NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURA A. HUNT,**

*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent.*

---

2011-3001

---

Petition for review of the Merit Systems Protection Board in case no. CH0831090791-C-1.

---

## ON MOTION

---

## ORDER

On April 1, 2001, the court received Laura A. Hunt's motion for leave to correct her opening brief, with a corrected opening brief attached. Although it appears that the motion was mailed by Hunt in January, it did not reach the court until April 1.

Because the Merit Systems Protection Board has already filed its brief in response to Hunt's previous opening brief, the court cannot allow Hunt's opening brief to be

corrected. However, the court will treat Hunt's submission as her reply brief so that it is before the court.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the submission received on April 1 shall be treated as Hunt's reply brief. Copies of this order shall be transmitted to the merits panel to inform the panel that the corrected opening brief is considered to be Hunt's reply brief.

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Laura A. Hunt
    Calvin Morrow, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK